

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00383-CV

D. PAUL PREVALLET, Appellant

§ On Appeal from the 231st District Court

§ of Tarrant County (231-557296-14)

V.

§ April 8, 2021

RENA JANE PREVALLET, Appellee

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant D. Paul Prevallet shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth